

# THE ATTORNEY GENERAL

## OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

September 8, 1970

Hon. J. H. Kultgen
Chairman, Board of Regents
Texas State Technical Institute
Waco, Texas 76705

Opinion No. M-681

Re: Construction of a rider
to the appropriation to
the Texas State Technical
Institute concerning in-
come derived from the
sale, lease or other use
of the Amarillo Air Force
Base facilities.

Dear Mr. Kultgen:

Your request for an opinion on the above subject matter asks the following question:

"Should the term 'all income' in the second full paragraph on page 73 of Article IV of H.B. 2, Acts of the 61st Legislature, Second Called Session, 1969, be interpreted as 'net income' after reasonable and necessary expenditures are made?"

House Bill 2, Acts 61st Legislature, 2nd C.S. 1969, p. 957, Ch. 50, (General Appropriation Act for the biennium ending August 31, 1971), contains the following rider to the appropriation to Texas State Technical Institute on page IV-74:

"All income derived from the sale, lease or other use of the Amarillo Air Force Base facilities shall be deposited to the General Revenue Fund until the amount of such de-posits shall total Three Million Dollars ($3,000,000). Appropriations to the Institute

-3255-

Hon. J. H. Kultgen, page 2    (M-681)

are hereby made contingent upon adherence to
such procedure.  Provided however, that this
shall not in any preclude or prevent the use
of Texas State Technical Institute facilities or
equipment for in-kind matching for participation
in any Federal Vocational Programs permitting or
recognizing in-kind matching by or on behalf of Texas
State Technical Institute."

The term "income" means gain derived from labor, from capital,
or from both combined, including profit gained through sale or
conversion of capital.  See cases cited in Words and Phrases,
Permanent Edition, Income - Gain or Profit, pages 218-231.

With reference to the income realized from the sale, lease
or other use of the Amarillo Air Force Base properties, we are of
the opinion that the legislative requirement for the return of
"all income" refers to all funds received over and above the direct,
reasonable and necessary costs attributable to the production of
such income.

## S U M M A R Y

As used in the appropriation rider for the
Texas State Technical Institute, the term "all
income" refers to all funds received over and
above the direct, reasonable and necessary costs
attributable to the production of such income.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Malcolm L. Quick
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman

Tom Bullington
Bob Flowers
Lehman Marks
Pat Cain

MEADE F. GRIFFIN
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant